## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of Indiana

Case Number: 3:21-CV-761

Plaintiff:
**John Fralish**
vs.
Defendants:
**Solidquote LLC and Boomsourcing, LLC**

For: Paronich Law P.C.

Received by Front Range Legal Process Service, Inc. on the 13th day of October, 2021 at 3:49 pm to be served on **Boomsourcing, LLC, 3451 Triumph Blvd, Suite 203, Lehi, UT 84043.** I, _CHARLES REARDON_, do hereby affirm that on the _17_ day of _OCTOBER_, 20_21_ at _11_ :_12_ A.m., executed service by delivering a true copy of the Summons in a Civil Case; Civil Cover Sheet; Complaint; in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.
(X) CORPORATE SERVICE: By serving _NATHAN BROWN_ as _AUTHORIZED / OPERATIONS ANALYST_
( ) POSTING _____

(X) DESCRIPTION ) Age _30_ Sex _M_ Race _CAUC_ Height _5'11"_ Weight _175_ Hair _BRN DRK_ Glasses _N_

( ) OTHER SERVICE: As described in the Comments below by

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # _100876_
Appointed in accordance with State Statutes

**Front Range Legal Process Service, Inc.**
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: 2021007341