(COURT USE ONLY)

RECEIPT NO. 

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA

JOHN FRALISH,

v.

SOLIDQUOTE LLC and BOOMSOURCING INC.

Cause No. 3:21-cv-00761

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

SOLIDQUOTE LLC

Party(s) Represented

Prefix (check one) ☒ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: Rosenthal   First Name: Paul   Middle Name/Initial: A.

Generation (Sr, Jr, etc):

Firm Name: Kelley Drye & Warren LLP

Street Address: 1 Jefferson Road   Suite/Room No.:

City: Parsippany   State: New Jersey   Zip: 07054

Office Telephone No.: 973-503-5900   Fax No.: 973-503-5950

E-Mail Address: paulrosenthal@kelleydrye.com

**EDUCATION:**

College: Middlebury College   Degree: BA   Year Completed: 1998

Law School: Seton Hall University  Schoold of Law   Year Graduated: 2006

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| New Jersey | 2006 | Active | 024912006 |
| New York | 2007 | Active | 4519013 |
| California | 2021 | Active | 338994 |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| US District Court for District of New Jersey | 2006 | Active |
| Southern District of New York | 2007 | Active |
| Eastern District of New York | 2007 | Active |
| ntral District, Northern and Southern Districts of Califor | 2021 | Active |
| Third Circuit Court of Appeals | 2020 | Active |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.)  Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an  explanation)    ☒ No

Applicant: I,  [ Paul A. Rosenthal ] , do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated:  [ December 8, 2021 ]

_____
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: _____12/9/2021_____          _____
                                        s/Michael G. Gotsch, Sr.
                                        Magistrate  Judge, U. S. District Court

Revised 06/05/2013