# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| JOHN FRALISH, *Plaintiff* | ) ) |
| v. | ) Case No. 3:21-cv-00761-JD-MGG |
| SOLIDQUOTE LLC and BOOMSOURCING INC., *Defendant* | ) ) ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Boomsourcing Inc.

Date: 1/19/2022

/s/ A. Paul Heeringa
*Attorney's signature*

A. Paul Heeringa (IL Bar No. 6288233)
*Printed name and bar number*

MANATT, PHELPS & PHILLIPS, LLP
151 N. Franklin Street, Suite 2600
Chicago, Illinois 60606
Counsel for Defendant Boomsourcing Inc.
*Address*

pheeringa@manatt.com
*E-mail address*

(312) 529-6300
*Telephone number*

*FAX number*