# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | | |
|---|---|---|
| JOHN FRALISH, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CAUSE NO.: 3:21-cv-00761-JD-MGG |
| SOLIDQUOTE LLC and BOOMSOURCING INC., | ) ) | |
| Defendants. | ) ) | |

## DEFENDANT SOLIDQUOTE LLC's THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendant SolidQuote LLC ("SolidQuote"), pursuant to Local Rule 6-1(a), respectfully moves the Court for a ten (10) day extension of time, to and including January 31, 2022, to answer, move, or otherwise respond to Plaintiff's Complaint (Doc. No. 1). In support of its motion, SolidQuote states as follows:

1. On October 9, 2021, Plaintiff filed his Complaint in this case (Doc. No. 1.)

2. On December 2, 2021, the Court granted SolidQuote's first unopposed motion for an extension of its responsive pleading deadline until December 22, 2021. (Doc. No. 10.)

3. On December 15, 2021, Defendant Boomsourcing, Inc. ("Boomsourcing") filed an unopposed motion for extension of its responsive pleading deadline to January 21, 2022, which the Court approved on December 21, 2021. (Doc. Nos. 13 and 14.)

4. On December 21, 2021, SolidQuote similarly moved to extend its responsive pleading deadline until January 21, 2022, which the Court approved the following day. (Doc. Nos. 15 and 16.)

5.      SolidQuote's current responsive pleading deadline of January 21, 2022 has not passed.

6.      On January 19, 2022, Boomsourcing filed another unopposed motion for an additional extension of its responsive pleading deadline until January 31, 2022. (Doc. No. 18.)

7.      Given the parties' ongoing discussions regarding potential resolution of Plaintiff's claims, SolidQuote also requires additional time to respond to the allegations in Plaintiff's Complaint.

8.      SolidQuote's counsel has conferred with counsel for Plaintiff regarding a reciprocal extension of SolidQuote's responsive pleading deadline to and including January 31, 2022, and Plaintiff's counsel agreed to the proposed extension.

9.      This motion is not made for the purpose of delay.

10.     In seeking the foregoing extension, SolidQuote does not waive and expressly reserves all defenses relating to Plaintiff's Complaint, including but not limited to jurisdictional defenses.

WHEREFORE, SolidQuote respectfully requests that the Court GRANT this motion and extend SolidQuote's deadline to answer, move, or otherwise respond to Plaintiff's Complaint to and including January 31, 2022.

Dated: January 19, 2022

Respectfully submitted,

*/s/* Erin Linder Hanig
Erin Linder Hanig, Esq. #29113-71
**SouthBank Legal**
100 East Wayne Street
Suite 300
South Bend, IN 46601
Phone: (574) 968-0760
ehanig@southbank.legal

Paul A. Rosenthal (*pro hac vice pending*)
Kelley Drye & Warren LLP
One Jefferson Rd, 2nd Floor
Parsippany, NJ 07054
Phone: (973) 503-5943
paulrosenthal@kelleydrye.com

*Counsel for Defendant,*
*SolidQuote LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 19, 2022, a true and correct copy of the foregoing has been served upon all counsel of record by the Court's CM/ECF document filing system.

/s/ Erin Linder Hanig
Erin Linder Hanig (29113-71)