UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN FRALISH,<br><br>    Plaintiff,<br><br>    v.<br><br>SOLIDQUOTE LLC, BOOMSOURCING INC.,<br><br>    Defendants. | Case No. 3:21-CV-761 JD |

## ORDER

Now before the Court is a motion by the Plaintiff, John Fralish, for voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41. Under Rule 41(a)(1)(A)(i), a plaintiff may dismiss an action as of right by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. The Defendants, Solidquote, LLC and Boomsourcing, Inc., have not served either an answer or motion for summary judgment, so the Plaintiff is entitled to dismiss this action. Accordingly, the Plaintiff's motion to dismiss (DE 27) is GRANTED, and the action is DISMISSED WITHOUT PREJUDICE. Further, Solidquote's motion to dismiss (DE 22) is DENIED as moot. The Clerk of the Court is DIRECTED to close this case.

SO ORDERED.

ENTERED: February 23, 2022

/s/ JON E. DEGUILIO
Chief Judge
United States District Court